**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**LONTEZ BROOKS, SR.,**

          **Plaintiff,**          9:21-cv-963
                                                           (GLS/DJS)

          **v.**

**EDWIN J. ARQUITT et al.,**

          **Defendants.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
LONTEZ BROOKS, SR.
Pro Se
15-B-2329
Groveland Correctional Facility
7000 Sonyea Road
Sonyea, NY 14556

**FOR THE DEFENDANTS:**
HON. LETITIA JAMES             MATTHEW GALLAGHER
New York State Attorney General  Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed May 19, 2023. (Dkt. No. 39.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 39) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 33) is **GRANTED**; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 14) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

June 5, 2023
Albany, New York

*Gary L. Sharpe*
U.S. District Judge